

# Fourth Court of Appeals
## San Antonio, Texas

September 8, 2021

No. 04-20-00301-CV

Penny **BARKER** and Executor and Beneficiary of the Estate of Carole Ann Wickizer,
Appellants

v.

**MASON BANCSHARES, INC.,**
Appellee

From the 452nd District Court, Mason County, Texas
Trial Court No. 185831
Honorable Robert Rey Hofmann, Judge Presiding

# O R D E R

Sitting:      Rebeca C. Martinez, Chief Justice
             Irene Rios, Justice
             Liza A. Rodriguez, Justice

The Court has considered the Appellant's Motion for Rehearing, and the motion is DENIED.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of September, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court